UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY JAMES COHEA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>A. PACILLAS, et al.,<br><br>Defendants. | **CASE No. 1:16-cv-0949-AWI-MJS (PC)**<br><br>**ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEE**<br><br>**CLERK TO CLOSE CASE** |

On June 27, 2017, Plaintiff—a prisoner with three prior strikes within the meaning of 28 U.S.C. § 1915(g)—was directed to pay the $400 filing fee in full within ten days. Doc. 15 at 3. He was also specifically informed that his failure to pay the fee will result in the dismissal and closure of this case without further notice. *Id.* To date, Plaintiff has not paid the filing fee.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed for Plaintiff's failure to pay the filing fee. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: October 25, 2017

SENIOR DISTRICT JUDGE

1